CO-386-online
10/03

# United States District Court
# For the District of Columbia

Apotex Inc.;  )
Apotex Corp.  )
              )
              )
         Plaintiff  )   Civil Action No._____
    vs            )
              )
Michael O. Leavitt;  )
Andrew C. Von Eschenbach; and  )
United States Food and Drug Association  )
              )
         Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Apotex Inc. and Apotex Corp.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Apotex Inc. and Apotex Corp.__ which have any outstanding securities in the hands of the public:

There are no such companies.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature] Bert W R_
Signature

D.C. Bar ID No. 67215
BAR IDENTIFICATION NO.

Bert W. Rein
Print Name

1776 K Street NW
Address

Washington DC     20006
City           State        Zip Code

202-719-7000
Phone Number