UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| APOTEX INC., *et al.* | ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 08-0693 (RMU) |
| MICHAEL O. LEAVITT, *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

### **PRAECIPE**

The Clerk will please enter the appearance of **Andrew E. Clark,** Senior Litigation Counsel, United States Department of Justice, as counsel for defendants in the above-entitled case.

                                      Respectfully submitted,

                                      /s/
                                ANDREW E. CLARK
                                Senior Litigation Counsel
                                Office of Consumer Litigation
                                U.S. Department of Justice
                                P.O. Box 386
                                Washington, D.C.  20044
                                (202) 307-0067

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a copy of the foregoing Praecipe to be served via the District Court's electronic filing (ECF) system upon:

Bert W. Rein
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
*Counsel for Plaintiffs Apotex Inc. and Apotex Corp.*

this 30th day of April, 2008.

/s/
Andrew E. Clark