IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario M9L 1T9 and<br><br>APOTEX CORP.<br>2400 North Commerce Parkway, Suite 400,<br>Weston, Florida 33326<br><br>    *Plaintiffs*,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services,<br>200 Independence Avenue, SW<br>Washington, DC 20204,<br><br>ANDREW C. VON ESCHENBACH, M.D., in his official capacity as Commissioner of Food and Drugs,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>    *Defendants*. | Civil Action No. 1:08-cv-00693 |

## AFFIDAVIT OF MAILING

I, Michael James Gridley, hereby state that:

1. On the 23rd day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons, complaint, and Judge Ricardo M. Urbina's *Standing Order for*

*Civil Cases* in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following party:

>Mr. Michael B. Mukasey, Esq.
>Attorney General of the United States
>U.S. Department of Justice
>Office of the Attorney General
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001

2.   A copy of the certified mail receipt is attached hereto as Exhibit A.

3.   I have received the return receipt for the certified mail, No. 7007 3020 0000 4703 3853, a copy of which is attached hereto as Exhibit B, indicating that delivery of the summons and complaint was made upon said party on the 28th day of April, 2008.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Michael James Gridley

Sworn and subscribed to before me
this 21st day of May, 2008.

_____
Notary Public

Larry E. Jefferson
Notary Public, District of Columbia
My Commission Expires 1/14/2012

My Commission expires: _____

# Exhibit A



7007 3020 0000 4703 3853

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark APR 23 2008

Sent To: Mr. Michael B. Mukasey, Esq.
Attorney General of the United States
Street, A / or PO B: U.S. Department of Justice
Office of the Attorney General
City, Sta 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

# Exhibit B

Case 1:08-cv-00693-RMU   Document 4   Filed 05/21/2008   Page 5 of 6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Earnest L Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) APR 2 8 2008   C. Date of Delivery 04-28-08 |
| 1. Article Addressed to:<br><br>Mr. Michael B. Mukasey, Esq.<br>Attorney General of the United States<br>U.S. Department of Justice<br>Office of the Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0000 4703 3853 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-1540