IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario M9L 1T9 and<br><br>APOTEX CORP.<br>2400 North Commerce Parkway, Suite 400,<br>Weston, Florida 33326<br><br>    *Plaintiffs*,<br><br>  v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services,<br>200 Independence Avenue, SW<br>Washington, DC  20204,<br><br>ANDREW C. VON ESCHENBACH, M.D., in his official capacity as Commissioner of Food and Drugs,<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD  20857<br><br>    *Defendants*. | Civil Action No. 1:08-cv-00693 |

### AFFIDAVIT OF MAILING

I, Michael James Gridley, hereby state that:

1. On the 23rd day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons, complaint, and Judge Ricardo M. Urbina's *Standing Order for*

*Civil Cases* in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following party:

> Mr. Jeffrey A. Taylor, Esq.
> U.S. Attorney for the District of Columbia
> U.S. Attorney's Office for the District of Columbia
> Judiciary Center Building
> 555 Fourth Street, NW
> Washington, DC 20530

2. A copy of the certified mail receipt is attached hereto as Exhibit A.

3. I have received the return receipt for the certified mail, No. 7007 3020 0000 4703 3839, a copy of which is attached hereto as Exhibit B, indicating that delivery of the summons and complaint was made upon said party on the 28th day of April, 2008.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Michael James Gridley

Sworn and subscribed to before me
this  21st  day of May, 2008.

_____
Notary Public

Larry E. Jefferson
Notary Public, District of Columbia
My Commission Expires 1/14/2012

My Commission expires: _____

# Exhibit A

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

M. Gridley (IW)

7007 3020 0000 4703 3639

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — U.S. Capitol Sta., Washington DC, APR 2008, USPS

Sent To: Mr. Jeffrey A. Taylor, Esq.
U.S. Attorney for the District of Columbia
Street or PO: U.S. Attorney's Office for the District of Columbia
Judiciary Center Building
City: 555 Fourth Street, NW
Washington, DC 20530

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Jeffrey A. Taylor, Esq.
   U.S. Attorney for the District of Columbia
   U.S. Attorney's Office for the District of Columbia
   Judiciary Center Building
   555 Fourth Street, NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_
C. Date of Delivery: APR 2 9 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 3020 0000 4703 3839

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540