IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario M9L 1T9 and<br><br>APOTEX CORP.<br>2400 North Commerce Parkway, Suite 400,<br>Weston, Florida 33326<br><br>    *Plaintiffs*,<br><br>  v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services,<br>200 Independence Avenue, SW<br>Washington, DC 20204,<br><br>ANDREW C. VON ESCHENBACH, M.D., in his official capacity as Commissioner of Food and Drugs,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>    *Defendants*. | Civil Action No. 1:08-cv-00693 |

## **AFFIDAVIT OF MAILING**

I, Michael James Gridley, hereby state that:

1. On the 23rd day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons, complaint, and Judge Ricardo M. Urbina's *Standing Order for*

*Civil Cases* in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

> Dr. Andrew C. von Eschenbach
> Commissioner of Food and Drugs
> United States Food and Drug Administration
> 5600 Fishers Lane
> Rockville, MD 20857

2. A copy of the certified mail receipt is attached hereto as Exhibit A.

3. I have received the return receipt for the certified mail, No. 7007 3020 0000 4703 3846, a copy of which is attached hereto as Exhibit B, indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of May, 2008.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Michael James Gridley

Sworn and subscribed to before me
this 21st day of May, 2008.

_____
Notary Public

My Commission expires: My Commission Expires 1/14/2012

Larry E. Jefferson
Notary Public, District of Columbia

# Exhibit A



...

...

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dr. Andrew C. von Eschenbach
    Commissioner of Food and Drug
    United States Food and Drug Administration
    5600 Fishers Lane
    Rockville, MD 20857

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

   [stamp: MAY 01 2008]

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 3020 0000 4703 3846

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540