IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario M9L 1T9 and<br><br>APOTEX CORP.<br>2400 North Commerce Parkway, Suite 400,<br>Weston, Florida 33326<br><br>    *Plaintiffs,*<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services,<br>200 Independence Avenue, SW<br>Washington, DC 20204,<br><br>ANDREW C. VON ESCHENBACH, M.D., in his official capacity as Commissioner of Food and Drugs,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>    *Defendants.* | Civil Action No. 1:08-cv-00693 |

## AFFIDAVIT OF MAILING

I, Michael James Gridley, hereby state that:

1.     On the 23rd day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons, complaint, and Judge Ricardo M. Urbina's *Standing Order for*

*Civil Cases* in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

>Mr. Michael O. Leavitt
>Secretary of Health and Human Services
>Department of Health and Human Services
>200 Independence Avenue, SW
>Washington, DC 20204

2. A copy of the certified mail receipt is attached hereto as Exhibit A.

3. I have received the return receipt for the certified mail, No. 7007 3020 0000 4703 3860, a copy of which is attached hereto as Exhibit B, indicating that delivery of the summons and complaint was made upon said defendant on the 28th day of April, 2008.

I hereby declare under penalty of perjury that the foregoing is true and correct.

_____
Michael James Gridley

Sworn and subscribed to before me
this _21st_ day of May, 2008.

_____
Notary Public

Larry E. Jefferson
Notary Public, District of Columbia
My Commission Expires 1/14/2012

My Commission expires: _____

# Exhibit A



# Exhibit B

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): LAWILSON<br>C. Date of Delivery: 4-28-08 |
| 1. Article Addressed to:<br><br>Mr. Michael O. Leavitt<br>Secretary of Health and Human Services<br>Department of Health and Human Services<br>200 Independence Avenue, SW<br>Washington, DC 20204 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 3020 0000 4703 3860 |

PS Form 3811, August 2001     Domestic Return Receipt     102595-02-M-0835