IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC.<br>150 Signet Drive<br>Weston, Ontario M9L 1T9 and<br><br>APOTEX CORP.<br>2400 North Commerce Parkway, Suite 400,<br>Weston, Florida 33326<br><br>    *Plaintiffs*,<br><br>v.<br><br>MICHAEL O. LEAVITT, in his official capacity as Secretary of Health and Human Services,<br>200 Independence Avenue, SW<br>Washington, DC 20204,<br><br>ANDREW C. VON ESCHENBACH, M.D., in his official capacity as Commissioner of Food and Drugs,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>and<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>5600 Fishers Lane<br>Rockville, MD 20857<br><br>    *Defendants*. | Civil Action No. 1:08-cv-00693 |

## AFFIDAVIT OF MAILING

I, Michael James Gridley, hereby state that:

1. On the 23rd day of April, 2008, I caused to be deposited in the United States Mail a copy of the summons, complaint, and Judge Ricardo M. Urbina's *Standing Order for*

*Civil Cases* in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

>   United States Food and Drug Administration
>   5600 Fishers Lane
>   Rockville, MD 20857

2.  A copy of the certified mail receipt is attached hereto as Exhibit A.

3.  I have received the return receipt for the certified mail, No. 7007 3020 0000 4703 3877, a copy of which is attached hereto as Exhibit B, indicating that delivery of the summons and complaint was made upon said defendant on the 1st day of May, 2008.

I hereby declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Michael James Gridley

Sworn and subscribed to before me this 21st day of May, 2008.

*[signature]*
Notary Public

Larry E. Jefferson
Notary Public, District of Columbia
My Commission Expires 1/14/2012

My Commission expires: _____

# Exhibit A

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

M. Gridley CIIW

7007 3020 0000 4703 3877

Postage $    WR
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark: WASHINGTON DC 20003, NATIONAL CAPITOL STA, APR 23 2008, USPS

United States Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

# Exhibit B

Case 1:08-cv-00693-RMU    Document 8    Filed 05/21/2008    Page 5 of 6

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>United States Food and Drug Administration<br>5600 Fishers Lane<br>Rockville, MD 20857 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>MAY 01 2008<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 3020 0000 4703 3877 |

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-0835