UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-0693 (RMU) |
| ) | |
| MICHAEL O. LEAVITT, *et al.*, ) | |
| ) | |
| Defendants, ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Defendants hereby move for a 60-day extension of time in which to answer plaintiffs' complaint. Plaintiffs filed their complaint for declaratory and injunctive relief on April 23, 2008, and served it on April 28, 2008. On June 17, 2008, defendants sought and received a 60-day extension of time – to August 26, 2008 – in which to answer plaintiffs' complaint.

Plaintiffs currently have an appeal pending in a separate, but related, case before the United States Court of Appeals for the Federal Circuit which has been argued and submitted. *See* Docket No. 07-1438 (argued March 3, 2008). Because the Federal Circuit's decision may obviate the need for further litigation of this matter, defendants request that their deadline for answering the complaint be extended by an additional 60 days.

Counsel for defendants have consulted with plaintiffs' counsel concerning this matter and have been advised that plaintiffs have no objection to defendants' request for additional time. Accordingly, defendants respectfully request that the Court enter the attached order extending the deadline for answering plaintiffs' complaint by an additional 60 days, to October 27, 2008.

| Of Counsel: | Respectfully submitted, |
|---|---|
| THOMAS R. BARKER<br>Acting General Counsel | GREGORY G. KATSAS<br>Assistant Attorney General |
| GERALD F. MASOUDI<br>Associate General Counsel,<br>Food and Drug Division | EUGENE M. THIROLF<br>Director<br>Office of Consumer Litigation |
| ERIC M. BLUMBERG<br>Deputy Chief Counsel, Litigation |       /s/<br>ANDREW E. CLARK<br>Senior Litigation Counsel |
| JAMES R. JOHNSON<br>Assistant Chief Counsel | Office of Consumer Litigation<br>U.S. Department of Justice<br>P.O. Box 386 |
| U.S. Dept. of Health & Human Services<br>Office of the General Counsel<br>5600 Fishers Lane<br>Rockville, MD  20857<br>Tel:  (301) 827-5212 | Washington, D.C.  20044<br>Tel:  (202) 307-0067<br>Fax:  (202) 514-8742 |

Dated:  August 14, 2008

## **CERTIFICATE OF SERVICE**

      I hereby certify that I caused a copy of the foregoing Unopposed Motion for Extension of Time to Answer Complaint to be served via the District Court's electronic filing (ECF) system upon:

Bert Rein
Karyn Ablin
WILEY REIN LLP
1776 K Street, NW
Washington, D.C. 20006
*Counsel for Plaintiffs Apotex Inc. and Apotex Corp.*

this 14th day of August, 2008.

                                                                          /s/
                                              Andrew E. Clark

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| APOTEX INC., *et al.*,  )<br>  )<br>    Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>MICHAEL O. LEAVITT, *et al.*,  )<br>  )<br>    Defendants,  )<br>  ) | Civil Action No. 08-0693 (RMU) |

**ORDER**

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Answer Complaint, it is hereby

**ORDERED** that the motion is granted. The deadline for defendants to answer plaintiffs' complaint shall be extended by an additional 60 days to October 27, 2008.

Dated this ____ day of August, 2008.

_____
RICARDO M. URBINA
United States District Judge